**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** |
| | * | |
| **STEPHEN W. THOMAS,** | * | **(Tax Evasion, 26 U.S.C. § 7201)** |
| Defendant. | * | |
| | * | |
| | ******* | |

## INDICTMENT

The Grand Jury for the District of Columbia charges that:

## INTRODUCTION

At times relevant to this Indictment:

1. The defendant, STEPHEN W. THOMAS, lived in Washington, D.C., Bel Air, Maryland, and York, Pennsylvania.

2. In or about 2002, in the District of Columbia, STEPHEN W. THOMAS formed ESOP Capital Group LLC. "ESOP" is an acronym for a "employee stock ownership plan." An employee stock ownership plan is an investment plan in which employees acquire stock of the company for which they work.

3. In or about 2004, in the District of Columbia, STEPHEN W. THOMAS formed multiple entities whose names contain the acronym "ECG," which stands for ESOP Capital Group. These entities included ECG Equity Investors, LLC, ECG Advisors LLC, ECG Securities LLC and ECG Development LLC (collectively hereinafter "ECG"). ECG purported to provide financial, business, and other management services to companies that were interested in creating ESOPs.

4. In or about 2005 and 2006, STEPHEN W. THOMAS, through ECG, contracted to provide financial, business, and other management services to two companies in Maine (hereinafter "Company A" and "Company B").

## COUNT 1

5.      Paragraphs 1 through 4 of this Indictment are realleged as if set forth in full herein.

6.      During the calendar year 2005, the defendant, STEPHEN W. THOMAS, then a resident of Washington, D.C. and Bel Air, Maryland, with his principal place of business in the District of Columbia, had and received taxable income.  Upon that taxable income, there was due and owing to the United States of America an income tax.

7.      Well knowing the foregoing facts, and failing to make an income tax return on or before April 17, 2006, as required by law, to any proper officer of the Internal Revenue Service, and to pay to the Internal Revenue Service the income tax, STEPHEN W. THOMAS, from on or about January 1, 2005 through the present, in the District of Columbia and elsewhere, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for the calendar year 2005 by diverting funds from Company A, using nominee bank accounts, using multiple bank accounts to deposit and transfer funds, withdrawing substantial amounts of cash from ECG, using cashier's checks to purchase assets, and titling assets in his spouse's name.

In violation of Title 26, United States Code, Section 7201.

## COUNT 2

8.      Paragraphs 1 through 4 of this Indictment are realleged as if set forth in full herein.

9.      During the calendar year 2006, defendant STEPHEN W. THOMAS, then a resident of Bel Air, Maryland and York, Pennsylvania, with his principal place of business in the District of Columbia, had and received taxable income.  Upon that taxable income, there was due and owing to the United States of America an income tax.

10.      Well knowing the foregoing facts, and failing to make an income tax return on or before April 17, 2007, as required by law, to any proper officer of the Internal Revenue Service, and pay to the Internal Revenue Service the income tax, STEPHEN W. THOMAS, from on or about January 1, 2006 through the present, in the District of Columbia and elsewhere, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for the calendar year 2006 by diverting funds from Company A and Company B, using nominee bank accounts, using multiple bank accounts to deposit and transfer funds, withdrawing substantial amounts of cash from Company A and ECG, withdrawing substantial funds from an operating line of credit of Company B to purchase his primary residence, and titling his primary residence in his spouse's name.

In violation of Title 26, United States Code, Section 7201.

## COUNT 3

11.     Paragraphs 1 through 4 of this Indictment are realleged as if set forth in full herein.

12.     During the calendar year 2007, defendant STEPHEN W. THOMAS, then a resident of York, Pennsylvania, with his principal place of business in the District of Columbia, had and received taxable income.  Upon that taxable income, there was due and owing to the United States of America an income tax.

13.     Well knowing the foregoing facts, and failing to make an income tax return on or before October 15, 2008, as required by law, to any proper officer of the Internal Revenue Service, and pay to the Internal Revenue Service the income tax, STEPHEN W. THOMAS, from on or about January 1, 2007 through the present, in the District of Columbia and elsewhere, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for the calendar year 2007 by diverting funds from Company A and Company B, using nominee bank accounts, using multiple bank accounts to deposit and transfer funds, and withdrawing substantial amounts of cash from Company A, Company B, and ECG.

In violation of Title 26, United States Code, Section 7201.

A TRUE BILL:

_____
Foreperson

_____
Date

_____
ROSEMARY E. PAGUNI
Chief, Northern Criminal Enforcement Section
Department of Justice–Tax Division

By:     JESSICA MORAN
        Trial Attorney
        JEFFREY B. BENDER
        Trial Attorney

4